Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
WARDAH BARI

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| WARDAH BARI, | ) |
| Plaintiff, | ) Case No.: 5:23-cv-00202-SHK |
| v. | ) |
|  | ) **PLAINTIFF'S COMPLAINT** |
| HUNTER WARFIELD, INC., | ) |
| Defendant. | ) |

# NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, WARDAH BARI, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, HUNTER WARFIELD, INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, HUNTER WARFIELD, INC., with prejudice, within 60 days.

DATED: March 13, 2023                    RESPECTFULLY SUBMITTED,

                                    By:    /s/ Michael S. Agruss
                                           Michael S. Agruss
                                           Agruss Law Firm, LLC
                                           4809 N. Ravenswood Ave., Suite 419
                                           Chicago, IL 60640
                                           Tel: 312-224-4695
                                           Fax: 312-253-4451
                                           michael@agrusslawfirm.com
                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on March 13, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                                    By:  /s/ Michael S. Agruss
                                         Michael S. Agruss

2