Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
WARDAH BARI

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| WARDAH BARI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HUNTER WARFIELD, INC.,<br><br>　　　　Defendant. | Case No.: 5:23-cv-00202-SHK |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Plaintiff, WARDAH BARI, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses, HUNTER WARFIELD, INC., with prejudice.

DATED:  May 10, 2023　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　By:　 /s/ Michael S. Agruss
　　　　　　　　　　　　　　　　　Michael S. Agruss

1

Agruss Law Firm, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on May 10, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss